```
 1  THOMAS E. WINNER
    Nevada Bar No. 5168
 2  KELLY M. SMITH
    Nevada Bar No. 9192
 3  ATKIN WINNER & SHERROD
    1117 South Rancho Drive
 4  Las Vegas, Nevada 89102
    Phone (702) 243-7000
 5  Facsimile (702) 243-7059
    Attorneys for Allison Alessandro
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDSAY PIPKINS-EVANS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLISON ALESSANDRO; and DOES I through X, inclusive,<br><br>    Defendant. | CASE NO.: 2:17-cv-0439-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Defendant ALLISON ALESSANDRO, by and through her attorneys Thomas E. Winner and Kelly M. Smith of the law firm of ATKIN WINNER & SHERROD, and Plaintiff LINDSAY PIPKINS-EVANS, by and through her attorneys of record, Richard Harris and Elaine Marzola of the RICHARD HARRIS LAW FIRM, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

    IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

//
//
//
//
//
//
//

IT IS FURTHER STIPULATED that the trial date of January 7, 2019, be vacated.

DATED this 10th day of ~~December, 2018~~ January 2019.

ATKIN WINNER & SHERROD

*[signature: Kelly Smith]*

THOMAS WINNER
Nevada Bar No. 5168
KELLY M. SMITH
Nevada Bar No. 9192
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Allison Alessandro*

DATED this 10th day of ~~December, 2018~~ January 2019.

RICHARD HARRIS LAW FIRM

*[signature: Kurt ___ for 7975]*

RICHARD HARRIS
Nevada Bar No. 505
ELAINE H. MARZOLA
Nevada Bar No. 12442
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

CASE NO.: 2:17-cv-0439-APG-CWH
*Pipkins-Evans v. Alessandro*

**<u>ORDER</u>**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with Prejudice, and each party to bear their own costs and attorney's fees;

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter; and

IT IS FURTHER ORDERED that the trial date currently set for January 7, 2019, is hereby vacated.

Dated: January 10, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Kelly M. Smith
Nevada Bar No. 9192
*Attorneys for Defendant*

CASE NO.: 2:17-cv-0439-APG-CWH
*Pipkins-Evans v. Alessandro*